COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause number:         01-15-00162-CV

Style:                Anthony J. Cann v. Hometown Bank, N.A.

Date motion filed[*]:    April 1, 2015

Type of motions:      Appellant's First Motion for Extension of Time to File Brief

Parties filing motions:   Appellant

Document to be filed:   Appellant's Brief

Is appeal accelerated?       No

If motion to extend time:

       Original due date:            N/A

       Number of extensions granted:       0          Current Due Date:   N/A

       Date Requested:            N/A (90 days from deadline)

Ordered that motion is:

     ☐ Granted

          If document is to be filed, document due:

     ☑ Denied

     ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

     ☑ Other: _____

      The motion for extension of time to file appellant's brief is denied as premature
without prejudice to refiling because although the clerk's record was filed on March
16, 2015, the briefing deadlines do not begin until after the reporter's record has been
filed. *See* TEX. R. APP. P. 38.6(a)(2).

Judge's signature: \_/s/ Laura Carter Higley
                     ☒ Acting individually      ☐ Acting for the Court

Date: April 7, 2015